UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FISH WINDOW CLEANING SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:07CV1216SNL ) |
| GOLDEN DEEP SOUTH ENTERPRISES, L.L.C. and CHARLES GOLDEN, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss (#11) be and is **GRANTED.**

**IT IS FINALLY ORDERED** that this cause of action be and is **DISMISSED WITH PREJUDICE** with no further action to be taken.

Dated this ___29th___ day of October, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE